UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-19926 |
| George & Joy Morton ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

**Order Denying Discharge as to Debtor**

It Is Hereby Ordered:

1) The discharge for George Morton only is denied.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: September 01, 2017

**Prepared by:**

Glenn Stearns, Trustee
801 Warrenville Rd., #650
Lisle, IL 60532